IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

_____

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,

    Plaintiff,

vs.                                                                                    No.:    3:13-cv-180
                                                                                                                                 (VARLAN/GUYTON)

GERALD CRESS, CRESS COMPANY, INC.,
CRESS DEVELOPMENT, LLC,
DAVID BROWN, and BETTY J. BROWN,

    Defendants.
_____

**ORDER GRANTING PLAINTFIF'S MOTION FOR DEFAULT
JUDGMENT AGAINST DEFENDANTS, DAVID BROWN AND BETTY J. BROWN**
_____

       The Court, having considered the Plaintiff's Motion for Default Judgment Against the Defendants, David Brown and Betty J. Brown, is of the opinion that same is well taken and should be granted.

       IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that a default judgment is hereby entered against the Defendants, David Brown and Betty J. Brown;

       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a declaratory judgment is hereby entered against the Defendants, David Brown and Betty J. Brown, declaring that there is no coverage under the policy at issue herein for the claims asserted by David Brown and Betty J. Brown against Gerald Cress, Cress Company, Inc., and Cress Development, LLC (collectively, the "Cress Defendants") in the lawsuit that is currently pending in the Circuit Court of Tennessee for the Ninth Judicial District at Rockwood with docket number 12-CV-205 (the "Lawsuit");

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a declaratory judgment is hereby entered against the Defendants, David Brown and Betty J. Brown, declaring that Certain Underwriters at Lloyd's, London have no duty to indemnify the Cress Defendants for the claims asserted in the Lawsuit; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a declaratory judgment is hereby entered against the Defendants, David Brown and Betty J. Brown, declaring that Certain Underwriters at Lloyd's, London have no duty to defend the Cress Defendants against the claims asserted in the Lawsuit.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE