UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 3:13-CV-180-TAV-HBG |
| GERALD CRESS, *et al.*, | ) ) | |
| Defendants. | ) | |

## **ORDER**

The Court previously granted the motion to dismiss this action for lack of jurisdiction filed by defendants Gerald Cress, Cress Company, Inc. and Cress Development, LLC [Doc. 18]. In doing so, it directed plaintiff to show cause why the order granting plaintiff's motion for default judgment against defendants David Brown and Betty J. Brown [Doc. 17] should not be vacated. Plaintiff filed a response stating it is "unaware of any reason why" that order should not be vacated [Doc. 19].

Accordingly, and in light of the Court's finding regarding jurisdiction, the default judgment against defendants David Brown and Betty J. Brown [Doc. 17] is hereby **VACATED**. The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE